UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
OCT 1 4 2015
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | |
|---|---|
| LIVE FACE ON WEB, LLC | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) CIVIL NO. SA-15-CA-539 |
| | ) |
| DANIEL MORENO, an individual doing business as Full Service Vending Co. | ) |
| | ) |
| Defendant | ) |

## ORDER

The Court has been notified that this case is related to multi-district litigation in the Southern District of Florida and a request has been made to consolidate and transfer this case to the Southern District of Florida so it can be joined with those proceedings.

It is therefore ORDERED that this case may be administratively closed pending transfer to the Southern District of Florida. In the event that consolidation and transfer is not granted by the judicial panel on multi-district litigation, the case may be re-opened upon the filing of a motion by any party.

**SIGNED AND ENTERED** this 14 day of October, 2015.

_____
ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE