IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LIVE FACE ON WEB, LLC<br>a Pennsylvania company,<br><br>      *Plaintiff*,<br>vs.<br><br>DANIEL MORENO, Individually and d/b/a<br>FULL SERVICE VENDING CO.,<br><br>      *Defendant*. | § § § § § § § § § § § § | Case No. 5:15-cv-00539-OLG<br><br>JURY TRIAL REQUESTED |

## AGREED MOTION FOR MODIFICATION OF SCHEDULING ORDER

Defendant Daniel Moreno, Individually and d/b/a Full Service Vending Co., and Plaintiff Live Face on Web, LLC, (collectively the "Parties") file this Agreed Motion for Modification of Scheduling Order, and would respectfully show as follows:

The Scheduling Order, on file in this lawsuit, dated April 15, 2016, provides a deadline to amend/supplement pleadings or to join additional parties, for June 28, 2016.[1] The Parties have agreed to extend this deadline by two weeks, to **July 12, 2016**.

Per the Court's procedures, the parties file this agreed motion to modify this Scheduling Order accordingly.

---

[1] *See* Doc No. 28.

Respectfully submitted,

**SHEEHY, WARE & PAPPAS, P.C.**

By:    /s/ George P. Pappas
   GEORGE P. PAPPAS
   SBN 15454800
   FBN 2905
   **gpappas@sheehyware.com**
   2500 Two Houston Center
   909 Fannin Street
   Houston, Texas 77010-1003
   Phone (713) 951-1000
   Fax (713) 951-1199

**ATTORNEY FOR DEFENDANT**

**STANDLEY & HAMILTON LLP**

By:    /s/ Jodie Slater Hastings
   Christopher S. Hamilton
   State Bar No. 24046013
   Jodie Slater Hastings
   State Bar No. 24046862
   325 N. St. Paul, Suite 3300
   Dallas, Texas 75201
   Phone (214) 234-7945
   Fax (214) 234-7300
   chamilton@standlyhamilton.com
   jhastings@standlyhamilton.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been forwarded to all counsel of record in accordance with the Federal Rules of Civil Procedure, via the Court's ECF system, on this the 23rd day of June, 2016.

                                        /s/ George Pappas
                                        George Pappas

2533375_1