AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Western District of Texas

| | |
|---|---|
| Live Face on Web LLC, a Pennsylvania Company <br> *Plaintiff* <br> v. <br> Daniel Moreno, Indiv. and d/b/a Full Service Vending <br> *Defendant* | ) <br> ) <br> )   Case No.   5:15-c-00539-HJB <br> ) <br> ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Daniel Moreno, Individually and d/b/a Full Service Vending Co.

Date:   08/04/2016

*Attorney's signature*

Shawn M. Grady 24076411
*Printed name and bar number*
Sheehy, Ware, & Pappas, P.C.
909 Fannin Street #2500
Houston, Texas 77010

*Address*

sgrady@sheehyware.com
*E-mail address*

(713) 951-1000
*Telephone number*

(713) 951-1199
*FAX number*