IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

LIVE FACE ON WEB, LLC                     §
a Pennsylvania company,                   §
                                          §
                            *Plaintiff*,  §
                                          §    Case No.  5:15-cv-00539-OLG
vs.                                       §
                                          §    JURY TRIAL REQUESTED
                                          §
DANIEL MORENO, Individually and d/b/a     §
FULL SERVICE VENDING CO.,                 §
                                          §
                           *Defendant*,   §
                                          §
vs.                                       §
                                          §
                                          §
                                          §
VENDCENTRAL,                              §
A California corporation,                 §
                                          §
              *Third-Party Defendant.*    §

## AGREED SECOND MOTION FOR MODIFICATION OF SCHEDULING ORDER

Defendant Daniel Moreno, Individually and d/b/a Full Service Vending Co., and Plaintiff Live Face on Web, LLC, (collectively the "Parties") file this Agreed Motion for Modification of Scheduling Order, and would respectfully show as follows:

The Scheduling Order, on file in this lawsuit, dated April 15, 2016, provides a deadline to submit an ADR Report to the court, by August 16, 2016.[1]  The Parties have agreed to extend this deadline by about six weeks, to **September 30, 2016**.

Third-Party Defendant Vendcentral has not yet been served with process.  The Parties would prefer to include Vendcentral in the ADR Report.

---

[1] *See* Doc No. 28.

Respectfully submitted,

**SHEEHY, WARE & PAPPAS, P.C.**

By: _____ /s/ George P. Pappas _____
    GEORGE P. PAPPAS
    SBN 15454800
    FBN 2905
    **gpappas@sheehyware.com**
    Shawn M. Grady
    SBN 24076411
    **sgrady@sheehyware.com**
    2500 Two Houston Center
    909 Fannin Street
    Houston, Texas 77010-1003
    Phone (713) 951-1000
    Fax (713) 951-1199

**ATTORNEY FOR DEFENDANT**

**STANDLEY & HAMILTON LLP**

By: ___ /s/ Jodie Slater Hastings ____
    Christopher S. Hamilton
    State Bar No. 24046013
    Jodie Slater Hastings
    State Bar No. 24046862
    325 N. St. Paul, Suite 3300
    Dallas, Texas 75201
    Phone (214) 234-7945
    Fax (214) 234-7300
    chamilton@standlyhamilton.com
    jhastings@standlyhamilton.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been forwarded to all counsel of record in accordance with the Federal Rules of Civil Procedure, via the Court's ECF system, on this the 15th day of August, 2016.

_____ /s/ Shawn M. Grady _____
                Shawn M. Grady

2563023_1

-2-

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

LIVE FACE ON WEB, LLC                        §
a Pennsylvania company,                      §
                                             §
                            *Plaintiff,*     §
                                             §     Case No.  5:15-cv-00539-OLG
vs.                                          §
                                             §     JURY TRIAL REQUESTED
                                             §
DANIEL MORENO, Individually and d/b/a        §
FULL SERVICE VENDING CO.,                    §
                                             §
                            *Defendant,*     §
                                             §
vs.                                          §
                                             §
                                             §
VENDCENTRAL,                                 §
A California corporation,                    §
                                             §
                   *Third-Party Defendant.*  §

---

### AGREED SECOND MOTION FOR MODIFICATION OF SCHEDULING ORDER

---

Defendant Daniel Moreno, Individually and d/b/a Full Service Vending Co., and Plaintiff Live Face on Web, LLC, (collectively the "Parties") file this Agreed Motion for Modification of Scheduling Order, and would respectfully show as follows:

The Scheduling Order, on file in this lawsuit, dated April 15, 2016, provides a deadline to submit an ADR Report to the court, by August 16, 2016.[1]  The Parties have agreed to extend this deadline by about six weeks, to **September 30, 2016**.

Third-Party Defendant Vendcentral has not yet been served with process.  The Parties would prefer to include Vendcentral in the ADR Report.

---

[1] *See* Doc No. 28.

Respectfully submitted,

**SHEEHY, WARE & PAPPAS, P.C.**

By: _____/s/ George P. Pappas_____
GEORGE P. PAPPAS
SBN 15454800
FBN 2905
**gpappas@sheehyware.com**
Shawn M. Grady
SBN 24076411
**sgrady@sheehyware.com**
2500 Two Houston Center
909 Fannin Street
Houston, Texas 77010-1003
Phone (713) 951-1000
Fax (713) 951-1199

**ATTORNEY FOR DEFENDANT**

**STANDLEY & HAMILTON LLP**

By: ____/s/ Jodie Slater Hastings____
Christopher S. Hamilton
State Bar No. 24046013
Jodie Slater Hastings
State Bar No. 24046862
325 N. St. Paul, Suite 3300
Dallas, Texas 75201
Phone (214) 234-7945
Fax (214) 234-7300
chamilton@standlyhamilton.com
jhastings@standlyhamilton.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been forwarded to all counsel of record in accordance with the Federal Rules of Civil Procedure, via the Court's ECF system, on this the 15th day of August, 2016.

_____/s/ Shawn M. Grady_____
Shawn M. Grady

2563023_1

-2-